UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ x

CHRISTINE BLITSTEIN and ALLEN BLITSTEIN,

                Plaintiffs,

-against-

THE WALT DISNEY COMPANY and THE WALT DISNEY COMPANY d/b/a WALT DISNEY WORLD CO.,

                Defendants.

------------------------------------ x

**Rule 7.1 Statement**

07 CV 10604

JUDGE BRIEANT

Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for the defendants certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held:

    The Walt Disney Company

Dated: November 25, 2007
       New York, New York

                THE WALT DISNEY COMPANY and
                THE WALT DISNEY COMPANY d/b/a
                WALT DISNEY WORLD CO.

                By:_____
                    Alec M. Lipkind (AML-3185)
                    The Walt Disney Company
                    77 West 66th Street, 15th Floor
                    New York, New York 10023
                    (212) 456-7176
                    Attorneys for Defendants



FILED
2007 NOV 27 AM 11:59
U.S. DISTRICT COURT
S.D. OF N.Y.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: