UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
CHRISTINE BLITSTEIN and ALLEN BLITSTEIN,  :

                        Plaintiffs,  :

       -against-                               07 CV 10604

THE WALT DISNEY COMPANY and THE WALT  :  **STIPULATION**
DISNEY COMPANY d/b/a WALT DISNEY              **AND ORDER**
WORLD CO.,                                                             :

                       Defendants.  :
-----------------------------------------------------------x

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned, that the time within which the defendants may answer, move or otherwise respond to the complaint herein shall be and hereby is extended to and including January 31, 2008.

Dated: December 12, 2007

By: _____       By: _____
DANIEL S. FINGER, ESQ.              ALEC M. LIPKIND, ESQ. (AML-3185)
FINGER & FINGER                      The Walt Disney Company
Attorneys for Plaintiffs                   Corporate Legal Department
158 Grand Street                          Attorneys for Defendants
White Plains, New York 10601          77 West 66th Street, 15th Floor
(914) 949-0308                           New York, NY 10023
                                             (212) 456-7176

SO ORDERED: December 14, 2007

_____
U.S.D.J.