UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
CHRISTINE BLITSTEIN and ALLEN BLITSTEIN, :

                         Plaintiffs, :

           -against-                  07 CV 10604

THE WALT DISNEY COMPANY and THE WALT : **STIPULATION**
DISNEY COMPANY d/b/a WALT DISNEY     **OF DISMISSAL**
WORLD CO.,                           : **WITHOUT PREJUDICE**

                        Defendants. :
------------------------------------------------------------ x

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys of record, that the above entitled action be, and the same hereby is, dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), all parties to bear their own costs, and that signatures to this stipulation may be delivered electronically or by facsimile and that this Stipulation may be filed without further notice with the Clerk of Court.

Date: January 16, 2008

By: _____      By: _____
DANIEL S. FINGER, ESQ. (DSF-2191)     ALEC M. LIPKIND, ESQ. (AML-3185)
FINGER & FINGER                           The Walt Disney Company
Attorneys for Plaintiffs                 Corporate Legal Department
158 Grand Street                            Attorneys for Defendants
White Plains, New York 10601          77 West 66th Street, 15th Floor
(914) 949-0308                               New York, NY 10023
                                                (212) 456-7176

SO ORDERED: January 18, 2008

_____
Charles L. Brieant
U.S.D.J.



The Walt Disney Company

Alec M. Lipkind
Vice President, Counsel

January 17, 2008

**By Fax (914.390.4085)**

The Honorable Judge Charles L. Brieant
United States District Judge
United States District Court
Southern District of New York
United States Courthouse, Rm. 275
300 Quarropas, Street
White Plains, New York 10601

    Re: Blitstein v. The Walt Disney Company and The Walt Disney Company
        d/b/a Walt Disney World Co. (07 Civ. 10604) (CLB)

Dear Judge Brieant:

    Further to my letter of earlier today, enclosed please find a fully executed copy of a Stipulation of Dismissal Without Prejudice.

    I, of course, am available should your Honor have any questions.

Respectfully,

Alec M. Lipkind

AML:av

Encl.

cc: Daniel Finger, Esq.

77 West 66th Street, 15th Floor / New York, New York 10023 / 212-456-7176 Fax 212-456-6565 / alec.lipkind@disney.com

Disney